### In re EPLUS, INC.

### No. 2012–1451.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2013.

Rehearing and Rehearing En Banc Denied Jan. 29, 2014.*

* Circuit Judge Chen did not participate in the

Jennifer A. Albert, Goodwin Procter LLP, of Washington, DC, argued for appellant. With her on the brief were Thomas J. Scott, Jr., Scott L. Robertson, David M. Young, and Eleanor Hynes Yost.

Kristi L.R. Sawert, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Nathan K. Kelley, Deputy Solicitor and Robert J. McManus, Associate Solicitor.

RADER, Chief Judge, PROST, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**